IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 2:25-CR-087-Z |
| CARLOS VIDANA-NAJERA | |

## FACTUAL RESUME

In support of Carlos Vidana-Najera, plea of guilty to the offense in Count One of the Indictment, Vidana-Najera, the defendant, Felipe Zavala, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Indictment, charging a violation of 8 U.S.C. §§ 1326(a) and (b)(2) and 6 U.S.C. §§ 202(3), 202(4), and 557, that is, Illegal Re-Entry After Deportation, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*     That the defendant was an alien at the time alleged in the indictment;

*Second.*     That the defendant had previously been deported, denied admission, excluded, or removed from the United States;

*Third.*     That thereafter the defendant knowingly entered, attempted to enter, or was found in the United States; and

*Fourth.*     That the defendant had not received the consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to apply for readmission to the United States since the time of the defendant's previous deportation.

---

[1] Fifth Circuit Pattern Jury Instruction 2.03 (5th Cir. 2024).

**Carlos Vidana-Najera**
**Factual Resume—Page 1**

## STIPULATED FACTS

1. On or about August 14, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, Carlos Vidana-Najera, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at Laredo, Texas, on or about January 29, 2020, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

2. On August 14, 2025, Homeland Security Investigations (HSI) agents took encountered Carlos Vidana-Najera in Amarillo, Texas. Vidana-Najera's fingerprints were entered into the United States Immigration database and records checks were conducted. These records checks revealed that Vidana-Najera is, and was on August 14, 2025, a citizen and national of Mexico. Vidana-Najera had previously been deported and removed from the United States on January 29, 2020, at and near the Port of Departure at Laredo, Texas. Records checks revealed that the defendant had not received the consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to apply for readmission to the United States since the time of that previous deportation.

3. Further investigation revealed Vidana-Najera's removal was subsequent to a conviction for commission of an aggravated felony. Specifically, Vidana-Najera was convicted in Case No. 65,983-A in the 47th District Court in Potter County, Texas, for

Assault on Family/House Member Impede Breath/Circulation. Vidana-Najera was initially placed on probation for eight years, but his probation was revoked on February 10, 2017, and he was sentenced to six years custody in the Texas Department of Criminal Justice.

4.   The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Indictment.

AGREED TO AND STIPULATED on this 18th day of November, 2025.

_____
Carlos Vidana-Najera
Defendant

_____
Felipe Zavala
Attorney for Defendant

_____
Interpreter

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar Number 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Tel: 806-324-2356
Fax: 806-324-2399
Email: joshua.frausto@usdoj.gov